UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RODNEY SMITH, et al,

                                      Plaintiffs,

           -against-

THE CITY OF NEW YORK; et al,

                                   Defendants.

------------------------------------------------------------------------ x

**15 CV 3859 (PKC)(CLP)**

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE, that upon motion of Amanda C. Shoffel, Esq., dated December 9, 2015, the memorandum of law submitted herewith, and upon all prior pleadings and proceedings had herein, defendants will move this Court, Hon. Cheryl L. Pollack, at the Courthouse, 225 Cadman Plaza, Brooklyn, New York, on a date and time to be determined by the Court, for a protective Order, and for such other and further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that answering papers are to be served so as to be received no later than December 16, 2015 pursuant to the Court's Order.

Dated:       New York, New York
                 December 9, 2015

                                            ZACHARY CARTER
                                            Corporation Counsel of the
                                              City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Room 3-213
                                            New York, New York 10007
                                            (212) 442-8248

- 2 -

          By:    /s/ *Amanda C. Shoffel*
                  Amanda C. Shoffel
                  Assistant Corporation Counsel
                  Special Federal Litigation Division

TO: Robert Marinelli, Esq.
     305 Broadway, 9th Floor
     New York, NY 10007