US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 6/28/16

TIME SPENT: _____

DOCKET NO. 15 cv 3859

CASE: Smith v City

- ✓ INITIAL CONFERENCE
- ✓ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

___ COMPLETED     July 1 DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Mandatory disclosures due 7/1
Parties to exchange doc. req. and interrogs by 7/22
Responses 8/26
Conference 9/8 at 200