

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

AMANDA SHOFFEL
Senior Counsel
Phone: (212) 356-2249
Fax: (212) 356-35096
ashoffel@law.nyc.gov

October 11, 2016

**BY ECF**
Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Rodney Smith v. City of New York, et al., 15-CV-03859 (PKC) (CLP)

Your Honor:

I represent defendants City of New York, Joseph Ponte and William Clemons in the above-referenced matter in which plaintiffs allege, *inter alia*, that they were subjected to excessive force by correction officers on or about Feb. 16, 2015, inside the Otis Bantum Correctional Center ("OBCC") on Rikers Island. Counsel for both parties appeared before Your Honor for a status conference in this matter on September 8, 2016. At that time, Your Honor Ordered that counsel for plaintiff convey a demand by September 23, 216, and scheduled a settlement conference for October 12, 2016.

The parties jointly request an adjournment of the settlement conference presently scheduled for tomorrow. The reason for this adjournment is that the medical records in this case are voluminous and required review of thousands of pages of documents. Accordingly, the parties were delayed in conveying an offer, and seeking authority for settlement. For this reason, we do not believe a settlement conference at this time would be productive.

Respectfully submitted,

/s/
Amanda Shoffel
Assistant Corporation Counsel