

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

AMANDA SHOFFEL
Senior Counsel
Phone: (212) 356-2249
Fax: (212) 356-35096
ashoffel@law.nyc.gov

November 10, 2016

**BY ECF**
Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Rodney Smith v. City of New York, et al.</u>, 15-CV-03859 (PKC) (CLP)

Your Honor:

    I represent defendants, City of New York, Joseph Ponte and William Clemons in the above-referenced matter. I write to request an adjournment of the conference presently scheduled for November 14, 2016 at 2:30. Undersigned counsel is scheduled for trial beginning that day before the Honorable Sandra L. Townes in <u>Shawn Stephen v. Sgt. Herbert, et al</u>, 12-cv-1295. Plaintiffs' counsel, Mr. Marinelli, consents to this request.

                          Respectfully submitted,

                          /s/
                          Amanda Shoffel
                          Assistant Corporation Counsel