

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Amanda C. Shoffel
Senior Counsel
Phone: (212) 356-2249
Fax: (212) 788-9776
ashoffel@law.nyc.gov

November 17, 2016

**BY ECF**
Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Rodney Smith v. City of New York, et al.</u>, 15-CV-03859 (PKC) (CLP)

Your Honor:

    We represent defendants City of New York, Joseph Ponte and William Clemons in the above-referenced matter. There are currently conferences scheduled next week on Monday, November 21, 2016 and Tuesday, November 22, 2016. The parties respectfully request to keep the conference scheduled on November 22, 2016 as a status conference, and confer with the Court regarding a new date for a settlement conference in December.

                                  Respectfully submitted,

                                    /s/
                                Amanda C. Shoffel
                                Assistant Corporation Counsel