US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 11/22/16

TIME SPENT: _____

DOCKET NO. 15 cv 3859

CASE: Smith v City

_____ INITIAL CONFERENCE             _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE           _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE          ✓ TELEPHONE CONFERENCE
_____ MOTION HEARING                 _____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

_____ COMPLETED                      _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties to revise confidentiality stip and def to produce documents

Conference set for 1/12 at 230