# EXHIBIT A

## Goykadosh, Brachah (Law)

**From:** Robert Marinelli <robmarinelli@gmail.com>
**Sent:** Tuesday, May 09, 2017 9:15 PM
**To:** Goykadosh, Brachah (Law)
**Subject:** Re: Video

We do not want another cd rom. We want abfile emailed to us. If you do not intend to do this, from your email it is not clear, I will be making a judicial application.

Are you emailing a file? Your email is not at all clear.

If the city does not want to settle unless all 22
On Tue, May 9, 2017 at 7:41 PM Goykadosh, Brachah (Law) <bgoykado@law.nyc.gov> wrote:

> We intend to send you another copy of the video tomorrow. Please inform us of the demand for all plaintiff within a week from tomorrow.
>
> **From:** Robert Marinelli [mailto:robmarinelli@gmail.com]
> **Sent:** Tuesday, May 09, 2017 11:30 AM
> **To:** Garcia, John (Law); Goykadosh, Brachah (Law); Raoul Zaltzberg
> **Subject:** Re: Video
>
> Please respond, if you do not consent let me know so I can make a judicial application.
>
> If I do not hear by end of day tomorrow I will make an application without your position.
>
> Until this issue is sorted out, plaintiffs withdraw their previous demands. When plaintiffs have new demands I will inform you.
>
> Thanks.
>
> On Fri, May 5, 2017 at 12:23 PM, Robert Marinelli <robmarinelli@gmail.com> wrote:
>
>> The video provided has gaps where there is nothing to see. Please provide a copy via email or google drive so I can determine whether these gaps are a function of the medium or actual issues with the video. Thanks.

1

--

Sent from Gmail Mobile

--

Robert Marinelli, Esq.
305 Broadway, 9th Floor
New York, NY  10007
(212)822-1427

--

Sent from Gmail Mobile

2