**Robert Marinelli**
ATTORNEY AT LAW
305 BROADWAY, Suite 1001
NEW YORK, NEW YORK 10007
Telephone: (212) 822-1427
Facsimile: (212) 202-9646

June 6, 2017

BY ECF
Honorable Cheryl L. Pollak
United State Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Smith et als. v. City of New York, et al.</u>, 15 CV 3859 (PKC)(CLP)

Your Honor:

    I represent the plaintiffs in the above-referenced matter. I write to respectfully request that the upcoming settlement conference scheduled for June 7, 2017 be converted to a status conference. Defendants consent to this request.

    The reason for this request is that plaintiffs require a certain amount of paper discovery, as well as a properly working video of the event, before they will be able to discuss settlement. Accordingly, plaintiff requests the conversion of this conference.

    I thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            /s

                                            Robert Marinelli

cc:    ACC John Garcia (By ECF),
        ACC Brachah Goykadish (by ECF)