# Zaltzberg & Hutchinson

Attorneys At Law

|  | 305 Broadway, Suite 900 |  |
|---|---|---|
| Raoul Zaltzberg | New York, New York 10007 | (212) 323-7418 |
| Brian Hutchinson | WWW.ZANDHLEGAL.COM | Facsmilie (866) 847-1288 |

August 15, 2017

**BY ECF**
Hon. Cheryl L. Pollack
United States Magistrate Judge
United States District Court
225 Cadman Plaza East Brooklyn, New York 11201

Re: Rodney Smith v. City of New York, et al., 15-CV-03859 (PKC) (CLP)

Your Honor:

      I represent the plaintiffs in this matter. Counsel for both parties appeared before Your Honor for a status conference in this matter on June 7, 2017. At that time, Your Honor Ordered a status conference for September 12, 2017.
      The parties jointly request an adjournment of the settlement conference presently scheduled for then. The reason for this adjournment is that Mr. Marinelli will be on trial on that date. For this reason, we ask that the conference be moved to either October 16 or October 17, 2017.

      Respectfully submitted,

      _____/s/_____
      Raoul Zaltzberg, Esq.
      Zaltzberg & Hutchinson, LLC
      305 Broadway, Suite 900
      New York, NY 10007
      (212) 323-7418