

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRACHAH GOYKADOSH<br>*Assistant Corporation Counsel*<br>bgoykado@law.nyc.gov<br>Phone: (212) 356-3523<br>Fax: (212) 356-1148 |
|---|---|---|

September 20, 2017

**By ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Rodney Smith, et al. v. City of New York, et al.</u>
             15-cv-3859 (PKC) (CLP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and I am among counsel for Defendants City of New York, Ponte, and Clemons in the above-referenced matter. I write to respectfully request leave, pursuant to Local Civil Rule 1.4, to withdraw as counsel of record for Defendants.

      This motion is necessary because I am no longer assigned to this case and will have no further involvement in this matter. I note that the representation of Defendants in this matter will be continued by John Garcia, Esq., another Assistant Corporation Counsel at the New York City Law Department, who has been handling this matter with me. I have discussed this matter at length with Mr. Garcia and I expect that my anticipated withdrawal will have no substantive impact on the defense of this case.

      Thus, I respectfully request that the Court grant leave for me to withdraw as counsel.

      Thank you for your consideration herein.

                                                 Respectfully submitted,

                                                   Brachah Goykadosh
                                                   *Assistant Corporation Counsel*
                                                   Special Federal Litigation

cc: All counsel of record (by ECF)