UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RODNEY SMITH, et al.,

    - against –

CITY OF NEW YORK, et al.,

                    *Defendant(s).*

**Notice of Change of Address**

15 CV 3859 (PKC)

-------------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Raoul Zaltzberg_____ FILL IN ATTORNEY NAME

My EDNY Bar Number is: rz6107_____ My State Bar Number is 4609855_____
I am An attorney.

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM

FIRM NAME:_____Zaltzberg & Hutchinson, LLC.
FIRM ADDRESS:_____305 Broadway, Suite 900 , New York, NY 10007
FIRM TELEPHONE NUMBER:_____212-323-7418
FIRM FAX NUMBER:_____866-847-1288
Firm Email Address: _____zandhlegal@gmail.com; raoul.zaltsberg@gmail.com

NEW FIRM

FIRM NAME:_____Zaltzberg Law
FIRM ADDRESS:_____305 Broadway, Suite 900 , New York, NY 10007
FIRM TELEPHONE NUMBER:_____212-822-1459
FIRM FAX NUMBER:_____844-646-4779
FIRM EMAIL ADDRESS:_____raoul@zaltzberglaw.com

I will continue to be counsel of record on the above-entitled case at my new Firm.

Dated: February 15, 2018

                                                                                            Raoul Zaltzberg, Esq.