UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

RODNEY SMITH, LEON WILSON, BRENDAN VILELLA, ERIC JOHNSON, MARQUAILAS GRAY, JOSEPH ANDERSON, SHERWIN ALVAREZ, DWAYNE PATTERSON, ANIBEL PEREZ COLON, JEFFREY CORIOLAN, DEVON BROWN, TEDDY SPANN, DAQUAN BROWN, TYSHAWN KENNEDY, MICHAEL ROCK, DESHAWN PAIGE, TAHEEM PRATT, ZANTWON TUCKER, NATOINE MARSHALL, ISAIAH FOSTER, STEVEN MITCHELL, and FERNANDO BELL,

**STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

15-CV-3859 (PKC) (CLP)

Plaintiffs,

-against-

CAPTAIN DIAZ, CAPTAIN RAYMOND, SANCHEZ, CAPTAIN KAMONA McDONALD, C.O. TIMOTHY HODGES, C.O. SHANE STERLING, C.O. ALEXIS CALHOUN, C.O. KEVIN JONES, C.O. BRANDON GREEN, C.O. LAURIE MESTRE, C.O. JORGE CORDERO, C.O. PATRICK DARIUS, C.O. PETER OTHMAN, C.O. DAMON WAITHE, C.O. ROSCOE NEELY, C.O. LAWRENCE McARDLE, C.O. OSWALD HYPPOLITE, C.O. JERMAINE DILL, C.O. JASON FERNANDEZ, C.O. KEOSHA MAYNARD, C.O. STEVE HYPPOLITE, C.O. LORA GREEN, C.O. ELVIN McLAUCHLIN, C.O. SEAN MEDINA, C.O. MATTHEW HALYARD, C.O. BRIAN REES, C.O. KENNY IP, C.O. WILSON DELOSSANTOS, C.O. KELVIN RUSH, C.O. AARON MURPHY, ROBERT FRASER,

Defendants.

------------------------------------------------------------------------X

**WHEREAS**, plaintiffs commenced this action by filing a complaint on or about July 1, 2015, and filed a First Amended Complaint on February 12, 2018, alleging that the defendants violated plaintiffs' federal civil rights and state common law rights;

WHEREAS, plaintiffs now seek to voluntarily dismiss defendants City of New York, Correction Commissioner Joseph Ponte, William Clemons, and "John and Jane Doe #1-15" with prejudice;

WHEREAS, the individual identified in the original Complaint as "Captain 'John' Fraser" is the same individual identified in the First Amended Complaint as "Robert Fraser" who plaintiffs also now seek to voluntarily dismiss with prejudice;

WHEREAS, the individual identified in the original Complaint as "Corrections Officer 'John' Washington" is not named as a defendant in the First Amended Complaint, but still included on the docket;

WHEREAS, the individual identified in the original Complaint as "Corrections Officer 'John' Sterling" is the same individual identified in the First Amended Complaint as "C.O. Shane Sterling," but "Corrections Officer 'John' Sterling" is still included on the docket; and

WHEREAS, plaintiffs have authorized their counsel to agree to the terms set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all of the claims and rights of action arising out of the facts and circumstances that are the subject of this action, and that were asserted or could have been asserted by or on behalf of plaintiffs against defendants City of New York, Correction Commissioner Joseph Ponte, William Clemons, Captain "John" Fraser, Robert Fraser, "Corrections Officer 'John' Washington," and "Corrections Officer 'John' Sterling," and "John and Jane Doe #1-15", their successors and

assigns, are hereby dismissed and discontinued, with prejudice, and without attorney's fees, costs or disbursements to either party;

     2.     This Stipulation contains all the terms and conditions agreed upon by counsel for defendants and counsel for plaintiffs hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein; and

     3.     This Stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

Dated:    New York, New York
          April ___, 2018
          5/24/2018

**ZALTZBERG LAW**
*Attorneys for Plaintiffs*
305 Broadway, Suite 900
New York, New York 10007


By: _____
     RAOUL ZALTZBERG

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-214A
New York, New York 10007


By: _____
     JOHN L. GARCIA
     *Assistant Corporation Counsel*


SO ORDERED:


_____
HON. CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE