UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
Rodney Smith,

                                          Plaintiff,

                 -against-                                15-CV-3859 (PKC)(CLP)

City of New York et als.

                                          Defendant.
--------------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and accompanying declarations of Robert Marinelli and Raoul Zaltzberg, the exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order granting Plaintiff's Motion for at Attorneys' Fees and Costs.

DATED:   New York, New York
         September 11, 2018

                                                   _____/s_____
ROBERT MARINELLI, ESQ.
305 Broadway, Suite 1001
New York, New York 10007
(212) 822-1427
robmarinelli@gmail.com