**Leon Wilson, settlement not pursuant to PLRA, $1,001**

| Date | Action | Atty | Time | Rate |
|---|---|---|---|---|
| 3/10/15 | PC w/Wilson re status and tx folllow up | RZ | 0.4 | 300 |
| 2/27/15 | PC with Wilson | RZ | 0.5 | 300 |
| 3/6/15 | PC with Wilson | RZ | 0.5 | 300 |
| 4/2/15 | PC with Wilson | RZ | 0.3 | 300 |
| 6/12/15 | PC with Wilson | RZ | 0.2 | 300 |
| 8/7/15 | PC with Wilson | RZ | 0.2 | 300 |
| 11/5/15 | PC with Wilson | RZ | 0.3 | 300 |
| 12/3/15 | PC with Wilson | RZ | 0.5 | 300 |
| 1/11/16 | PC with Wilson | RZ | 0.2 | 300 |
| 4/12/16 | PC with Wilson | RZ | 0.3 | 300 |
| 5/19/16 | PC with Wilson | RZ | 0.2 | 300 |
| 10/4/16 | PC with Wilson | RZ | 0.2 | 300 |
| 7/21/16 | PC with Wilson | RZ | 0.5 | 300 |
| 1/26/17 | PC with Wilson | RZ | 0.5 | 300 |
| 3/24/17 | PC with Wilson | RZ | 0.2 | 300 |
| 5/18/17 | PC with Wilson | RZ | 0.2 | 300 |
| 8/4/17 | PC with Wilson | RZ | 0.3 | 300 |
| 11/3/17 | PC with Wilson | RZ | 0.3 | 300 |
| 12/22/17 | PC with Wilson | RZ | 0.2 | 300 |
| 2/9/18 | PC with Wilson | RZ | 0.5 | 300 |
| 3/22/18 | PC with Wilson | RZ | 0.1 | 300 |
| 4/7/18 | PC with Wilson | RZ | 0.2 | 300 |
| 4/8/18 | PC with Wilson | RZ | 0.1 | 300 |
| 6/7/18 | PC with Wilson | RZ | 0.2 | 300 |
| 2/12/18 | Met with Wilson at Office | RZ | 0.8 | 300 |
| 3/3/18 | Met with Wilson at Office | RZ | 1.2 | 300 |
| 6/8/18 | Met with Wilson at Office | RZ | 0.6 | 300 |
| 10/25/17 | Review Innjury to Inmate DEF 118 | RZ | 0.3 | 300 |
| 10/26/17 | Review Leon Wilson Photos DEF 3239-3000 | RZ | 0.5 | 300 |
| 10/27/17 | Review Wilson Inmate Statements DEF 3403; DEF 3416 | RZ | 0.3 | 300 |
| 10/28/17 | Review Wislon DOC inmate Details Form DEF 3799 | RZ | 0.3 | 300 |
| | **Totals** | | **11.1** | |

| | Fee |
|---|---:|
| $ | 120.00 |
| $ | 150.00 |
| $ | 150.00 |
| $ | 90.00 |
| $ | 60.00 |
| $ | 60.00 |
| $ | 90.00 |
| $ | 150.00 |
| $ | 60.00 |
| $ | 90.00 |
| $ | 60.00 |
| $ | 60.00 |
| $ | 150.00 |
| $ | 150.00 |
| $ | 60.00 |
| $ | 60.00 |
| $ | 90.00 |
| $ | 90.00 |
| $ | 60.00 |
| $ | 150.00 |
| $ | 30.00 |
| $ | 60.00 |
| $ | 30.00 |
| $ | 60.00 |
| $ | 240.00 |
| $ | 360.00 |
| $ | 180.00 |
| $ | 90.00 |
| $ | 150.00 |
| $ | 90.00 |
| $ | 90.00 |
| | |
| $ | 3,330.00 |