**Brandon Villella, Rule 68 amount is 25,001,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/3/15 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 3/12/15 | PC w/ Vilella re status and tx folllow up | RZ | 0.5 | 198 | $ 99.00 |
| 3/22/15 | Review Letter from Brandon Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 4/3/15 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 4/19/15 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 5/22/15 | Prepare and file Subpoena for Vilella Meds | RZ | 0.5 | 198 | $ 99.00 |
| 5/29/15 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 7/17/15 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 8/7/15 | PC with Vilella | RZ | 0.4 | 198 | $ 79.20 |
| 10/2/15 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 10/5/15 | Review Vilella Rikers Meds (40+) pages | RZ | 4 | 198 | $ 792.00 |
| 12/4/15 | PC with Vilella | RZ | 0.1 | 198 | $ 19.80 |
| 2/12/16 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 3/24/16 | PC with Vilella | RZ | 0.4 | 198 | $ 79.20 |
| 5/5/16 | Review Vilella Letter | RZ | 0.2 | 198 | $ 39.60 |
| 5/26/16 | Review Vilella Letter | RZ | 0.3 | 198 | $ 59.40 |
| 5/27/16 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 7/18/16 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 9/19/16 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 12/23/16 | PC with Vilella | RZ | 0.1 | 198 | $ 19.80 |
| 12/23/16 | Review Vilella Letter | RZ | 0.2 | 198 | $ 39.60 |
| 12/23/16 | PC w/ Vilella family re letter | RZ | 0.5 | 198 | $ 99.00 |
| 1/6/17 | PC w/ Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 2/23/17 | PC with Vilella | RZ | 0.4 | 198 | $ 79.20 |
| 4/21/17 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 5/27/17 | PC with Vilella Family | RZ | 1.2 | 198 | $ 237.60 |
| 5/31/17 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 7/11/17 | PC with Elmira Medical Records | RZ | 0.5 | 198 | $ 99.00 |
| 7/12/17 | Prepare and Send Subpoena to Elmira for Medical Reco | RZ | 0.5 | 198 | $ 99.00 |
| 9/2/17 | Review 120 + pages of medical records from Elmira | RZ | 4.5 | 198 | $ 891.00 |
| 10/29/17 | Review Vilella Injury to Inmate Form DEF 152 | RZ | 0.3 | 198 | $ 59.40 |
| 10/30/17 | Review Vilella Photos DEF 1984-1989 | RZ | 0.4 | 198 | $ 79.20 |
| 10/31/17 | Review Vilella DOC Inmate Details DEF 3795-96 | RZ | 0.3 | 198 | $ 59.40 |
| 11/3/17 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 11/22/17 | Review Vilella Letter | RZ | 0.1 | 198 | $ 19.80 |
| 12/22/17 | PC with Vilella | RZ | 0.2 | 198 | $ 39.60 |
| 2/9/18 | PC with Vilella Family | RZ | 0.6 | 198 | $ 118.80 |
| 2/12/18 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 2/23/18 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 3/14/18 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 3/30/18 | PC with Vilella | RZ | 0.5 | 198 | $ 99.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/6/18 | PC with Vilella | RZ | 0.3 | 198 | $ 59.40 |
| 4/16/18 | Review Letter From Vilella; Review New Screen Shots | RZ | 0.3 | 198 | $ 59.40 |
| 4/19/18 | Phone Call with Vilella | RZ | 0.5 | 198 | $ 99.00 |
| 5/16/18 | PC with Vilella | RZ | 0.4 | 198 | $ 79.20 |
| 6/28/18 | PC with Vilella Family | RZ | 0.5 | 198 | $ 99.00 |
| 6/29/18 | PC with Vilella | RZ | 0.4 | 198 | $ 79.20 |

**Attorneys Fees using lodestar**  25  $ 4,910.40

**Fees pursuant to PLRA**  $ 37,500.00
**(150 perscent of rule 68 amount)**