**Eric Johnson, Rule 68 amount is 251,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/6/15 | PC with Eric Johnson | RZ | 0.5 | 198 | $ 99.00 |
| 3/12/15 | PC w/ Johnson re status and tx folllow up | RZ | 0.3 | 198 | $ 59.40 |
| 4/24/15 | PC with Eric Johnson | RZ | 0.5 | 198 | $ 99.00 |
| 8/19/15 | PC with Eric Johnson | RZ | 0.2 | 198 | $ 39.60 |
| 12/21/15 | PC with Eric Johnson | RZ | 0.3 | 198 | $ 59.40 |
| 4/15/16 | PC with Eric Johnson | RZ | 0.2 | 198 | $ 39.60 |
| 9/16/16 | PC with Eric Johnson | RZ | 0.2 | 198 | $ 39.60 |
| 2/17/17 | PC with Eric Johnson | RZ | 0.3 | 198 | $ 59.40 |
| 5/26/17 | PC with Eric Johnson | RZ | 0.2 | 198 | $ 39.60 |
| 10/22/17 | Review Johnson DOC Inmate Details 3766-3767 | RZ | 0.3 | 198 | $ 59.40 |
| 11/1/17 | Review Johnson Photos DEF 3345-3349 | RZ | 0.4 | 198 | $ 79.20 |
| 11/2/17 | Review Johnson Inmate Statement DEF 3424-3425 | RZ | 0.3 | 198 | $ 59.40 |
| 11/16/17 | PC with Eric Johnson | RZ | 0.4 | 198 | $ 79.20 |
| 2/8/18 | PC with Eric Johnson | RZ | 0.5 | 198 | $ 99.00 |
| 4/16/18 | Review Letter with Screen Shots for Johnson | RZ | 0.5 | 198 | $ 99.00 |
| 6/1/18 | PC with Eric Johnson | RZ | 0.2 | 198 | $ 39.60 |

**Attorneys Fees using lodestar**                                                                $ 1,049.40

**Fees pursuant to PLRA**                                                                          $ 375.00
**(150 perscent of rule 68 amount)**