**Marquailes Gray, Rule 68 amount is $1,5001,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 2/27/15 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 3/9/15 | PC with Marqualis Gray re case status and tx follow up | RZ | 0.3 | 198 | 59.4 |
| 3/13/15 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 4/10/15 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 8/14/15 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 12/11/15 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 4/8/16 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 9/2/16 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 2/3/17 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 6/9/17 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 7/7/17 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 10/22/17 | Review Gray Injury to Inmate Form DEF 140 | RZ | 0.3 | 198 | 59.4 |
| 10/22/17 | Review Gray Photos DEF 3354-58 | RZ | 0.4 | 198 | 79.2 |
| 10/22/17 | Review Gray DOC  Inmate Details Form DEF 3742 | RZ | 0.3 | 198 | 59.4 |
| 11/27/17 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 2/14/18 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 3/9/18 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |
| 5/1/18 | Review Gray Letter with Screen Shots | RZ | 0.6 | 198 | $ 118.80 |
| 5/25/18 | PC Gray | RZ | 0.2 | 198 | $ 39.60 |

**Attorneys Fees using lodestar** — **$ 930.60**
**150 percent of rule 68 amount** — **$1,500**