**Jeffrey Coriolan, Rule 68 amount is 251, PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 2/24/15 | Review Letter from Coriolan | RZ | 0.2 | 198 | $ 39.60 |
| 3/5/15 | Review Letter from Coriolan | RZ | 0.1 | 198 | $ 19.80 |
| 3/6/15 | PC with Coriolan | RZ | 0.5 | 198 | $ 99.00 |
| 3/10/15 | PC w/ Coriolan re case status and tx follow up | RZ | 0.3 | 198 | $ 59.40 |
| 4/24/15 | PC with Coriolan | RZ | 0.5 | 198 | $ 99.00 |
| 8/19/15 | PC with Coriolan | RZ | 0.2 | 198 | $ 39.60 |
| 9/24/15 | Review Coriolan Rikers Meds | RZ | 2.5 | 198 | $ 495.00 |
| 12/21/15 | PC with Coriolan | RZ | 0.3 | 198 | $ 59.40 |
| 4/15/16 | PC with Coriolan | RZ | 0.2 | 198 | $ 39.60 |
| 9/16/16 | PC with Coriolan | RZ | 0.2 | 198 | $ 39.60 |
| 2/10/17 | PC with Coriolan | RZ | 0.3 | 198 | $ 59.40 |
| 7/14/17 | PC with Coriolan | RZ | 0.2 | 198 | $ 39.60 |
| 10/22/17 | Review Coriolan Injury to Inmate DEF 134; DEF 164 | RZ | 0.3 | 198 | $ 59.40 |
| 10/22/17 | Review Coriolan Investigation Report Notes, Inmate Volu | RZ | 0.3 | 198 | $ 59.40 |
| 10/22/17 | Review Coriolan Photos DEF 3303-3311 | RZ | 0.4 | 198 | $ 79.20 |
| 2/4/18 | Review Letter from Coriolan with injuries and photos | RZ | 1.6 | 198 | $ 316.80 |
| 2/9/18 | PC with Coriolan | RZ | 0.5 | 198 | $ 99.00 |
| 4/7/18 | Review Screen Shots from Coriolan | RZ | 0.6 | 198 | $ 118.80 |
| 4/26/18 | Review Letter with Injuries and Screen Shots For Coriolan | RZ | 0.6 | 198 | $ 118.80 |
| 5/25/18 | PC with Coriolan | RZ | 0.2 | 198 | $ 39.60 |

**Attorneys Fees using lodestar**  10  $ 1,980.00

**Fees pursuant to PLRA**  $ 375.00
**(150 perscent of rule 68 amount)**