**Teddy Spann, Rule 68 amount is 251, PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 2/27/15 | PC with Teddy Spann | RZ | 0.5 | 198 | $ 99.00 |
| 3/13/15 | PC with Teddy Spann | RZ | 0.5 | 198 | $ 99.00 |
| 3/13/15 | PC w/Spann re status an | RZ | 0.3 | 198 | $ 59.40 |
| 4/17/15 | PC with Teddy Spann | RZ | 0.3 | 198 | $ 59.40 |
| 8/7/15 | PC with Teddy Spann | RZ | 0.2 | 198 | $ 39.60 |
| 12/18/15 | PC with Teddy Spann | RZ | 0.2 | 198 | $ 39.60 |
| 4/8/16 | PC with Teddy Spann | RZ | 0.3 | 198 | $ 59.40 |
| 9/2/16 | PC with Teddy Spann | RZ | 0.2 | 198 | $ 39.60 |
| 2/3/17 | PC with Teddy Spann | RZ | 0.2 | 198 | $ 39.60 |
| 5/15/17 | PC with Teddy Spann | RZ | 0.3 | 198 | $ 59.40 |
| 10/22/17 | Review Spann Injury to i | RZ | 0.3 | 198 | $ 59.40 |
| 11/1/17 | PC with Teddy Spann | RZ | 0.3 | 198 | $ 59.40 |
| 2/5/18 | PC with Teddy Spann | RZ | 0.5 | 198 | $ 99.00 |
| 5/4/18 | Spann @Office | RZ | 0.6 | 198 | $ 118.80 |
| 6/29/18 | PC with Teddy Spann | RZ | 0.2 | 198 | $ 39.60 |

**Attorneys Fees using lodestar**    4.9    $ 970.20

**Fees pursuant to PLRA**    $ 375.00
(150 perscent of rule 68 amount)