**Daquan Brown, Rule 68 amount is 3,001,  PLRA Matter**

| Date | Action | Atty | Time |
|---|---|---|---|
| 3/9/15 | PC with Daquan Brown re case status and tx follow up | RZ | 0.4 |
| 10/22/17 | Review Daquan Brown Injury to Inmate Forms, Involuntary Statements | RZ | 0.5 |
| 10/22/17 | Review Daquan Bronw Phots DEF 3317-3322 | RZ | 0.5 |
| 11/1/17 | Review Daquan Brown Medical Records DEF 2646-2981 | RZ | 1.2 |
| 2/26/15 | PC with Daquan Brown | RZ | 0.5 |
| 3/5/15 | PC with Daquan Brown | RZ | 0.5 |
| 4/3/15 | PC with Daquan Brown | RZ | 0.5 |
| 6/15/15 | PC with Daquan Brown | RZ | 0.2 |
| 8/6/15 | PC with Daquan Brown | RZ | 0.2 |
| 11/2/15 | PC with Daquan Brown | RZ | 0.3 |
| 2/22/16 | PC with Daquan Brown | RZ | 0.2 |
| 5/20/16 | PC with Daquan Brown | RZ | 0.3 |
| 9/1/16 | PC with Daquan Brown | RZ | 0.2 |
| 11/15/16 | PC with Daquan Brown | RZ | 0.2 |
| 3/1/17 | PC with Daquan Brown | RZ | 0.2 |
| 6/1/17 | PC with Daquan Brown | RZ | 0.2 |
| 10/9/17 | PC with Daquan Brown | RZ | 0.3 |
| 2/5/18 | PC with Daquan Brown | RZ | 0.5 |
| 3/2/18 | PC with Daquan Brown | RZ | 0.3 |
| 4/13/18 | PC with Daquan Brown | RZ | 0.2 |
| 5/31/18 | PC with Daquan Brown | RZ | 0.3 |

**Attorneys Fees using lodestar**      7.7

**150 percent of Rule 68**

| Rate | Fee |
|---|---|
| 198 | $ 79.20 |
| 198 | $ 99.00 |
| 198 | $ 99.00 |
| 198 | $ 237.60 |
| 198 | $ 99.00 |
| 198 | $ 99.00 |
| 198 | $ 99.00 |
| 198 | $ 39.60 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| 198 | $ 39.60 |
| 198 | $ 39.60 |
| 198 | $ 39.60 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| 198 | $ 99.00 |
| 198 | $ 59.40 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| | **$ 1,524.60** |
| | $4,500 |