**Tyshawn Kennedy, Rule 68 amount is 251,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee | |
|------|--------|------|------|------|-----|---|
| 3/6/15 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 3/12/15 | PC w/ Kennedy re status and tx folllow up | RZ | 0.2 | 198 | | 39.6 |
| 4/24/15 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 8/21/15 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 12/4/15 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 4/8/16 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 9/9/16 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 10/22/17 | Review Kennedy Referral to Mental Health Services | RZ | 0.1 | 198 | | 19.8 |
| 10/22/17 | Review Kennedy Inmate Report, Invetigation Report, I | RZ | 0.3 | 198 | | 59.4 |
| 10/22/17 | Review Kennedy Photos DEF 3261-3268 | RZ | 0.4 | 198 | | 79.2 |
| 2/8/18 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |
| 4/20/18 | Review Screen Shots from Kennedy | RZ | 0.4 | 198 | $ | 79.20 |
| 5/25/18 | PC with Kennedy | RZ | 0.2 | 198 | $ | 39.60 |

**Attorneys Fees using lodestar**                                               **$   594.00**

**Fees pursuant to PLRA**                                                        **$   375.00**
**(150 perscent of rule 68 amount)**