**Michael Rock, Rule 68 amount is 1,001,  PLRA Matter**

| Date | Action | Atty | Time | Rate |
|---|---|---|---|---|
| 2/26/15 | PC with Rock | RZ | 0.5 | 198 |
| 3/9/15 | PC with Rock | RZ | 0.5 | 198 |
| 3/13/15 | PC w/ Rock re status and tx folllow up | RZ | 0.2 | 198 |
| 4/10/15 | PC with Rock | RZ | 0.5 | 198 |
| 8/6/15 | PC with Rock | RZ | 0.2 | 198 |
| 1/15/16 | PC with Rock | RZ | 0.2 | 198 |
| 6/9/16 | PC with Rock | RZ | 0.2 | 198 |
| 9/2/16 | PC with Rock | RZ | 0.2 | 198 |
| 12/16/16 | PC with Rock | RZ | 0.3 | 198 |
| 3/9/17 | PC with Rock | RZ | 0.2 | 198 |
| 8/4/17 | PC with Rock | RZ | 0.3 | 198 |
| 10/22/17 | Review Rock Referral of Inmate Mental Health Service DEF 112 | RZ | 0.1 | 198 |
| 10/22/17 | Review Rock Inury to Inmate Report, Inmate Statement, DOC Inmate D | RZ | 0.3 | 198 |
| 10/22/17 | Review Rock Photos DEF3235-3238 | RZ | 0.4 | 198 |
| 11/13/17 | PC with Rock | RZ | 0.2 | 198 |
| 11/17/17 | PC with Rock | RZ | 0.1 | 198 |
| 2/12/18 | PC with Rock | RZ | 0.4 | 198 |
| 3/27/18 | PC with Rock re appt | RZ | 0.2 | 198 |
| 3/28/18 | Met with Michael Rock at office | RZ | 1.2 | 198 |
| 6/25/18 | PC with Rock | RZ | 0.2 | 198 |

**Attorneys Fees using lodestar**                                      6.4

**Fees pursuant to PLRA**
**(150 perscent of rule 68 amount)**

| Fee |
|---|
| $   99.00 |
| $   99.00 |
| $   39.60 |
| $   99.00 |
| $   39.60 |
| $   39.60 |
| $   39.60 |
| $   39.60 |
| $   59.40 |
| $   39.60 |
| $   59.40 |
| $   19.80 |
| $   59.40 |
| $   79.20 |
| $   39.60 |
| $   19.80 |
| $   79.20 |
| $   39.60 |
| $  237.60 |
| $   39.60 |
| |
| **$ 1,267.20** |
| |
| **$1,500** |