**Deshaun Paige, Rule 68 amount is 3,001,  PLRA Matter**

| Date | Action | Atty | Time | Rate |
|---|---|---|---|---|
| 3/13/15 | PC w/ Paige re status and tx folllow up | RZ | 0.2 | 198 |
| 3/31/15 | PC with Paige | RZ | 0.1 | 198 |
| 5/12/15 | PC with Paige | RZ | 0.2 | 198 |
| 7/11/15 | PC with Paige | RZ | 0.2 | 198 |
| 11/4/15 | PC with Paige | RZ | 0.3 | 198 |
| 3/7/16 | PC with Paige | RZ | 0.1 | 198 |
| 4/8/16 | PC with Paige | RZ | 0.3 | 198 |
| 9/12/16 | PC with Paige | RZ | 0.2 | 198 |
| 2/1/17 | PC with Paige | RZ | 0.2 | 198 |
| 4/7/17 | PC with Paige | RZ | 0.3 | 198 |
| 7/7/17 | PC with Paige | RZ | 0.2 | 198 |
| 10/24/17 | Review Paige Injury to Inmate Report, Interview, DOC Inm | RZ | 0.4 | 198 |
| 10/25/17 | Review Page Photos DEF 3245-3247 | RZ | 0.3 | 198 |
| 11/2/17 | PC with Paige | RZ | 0.5 | 198 |
| 2/2/18 | PC with Paige | RZ | 0.5 | 198 |
| 4/5/18 | Meet with Paige to view video | RZ | 1.2 | 198 |
| 5/25/18 | PC with Paige | RZ | 0.5 | 198 |
| 3/9/18/4/27, | PC with Paige | RZ | 0.3 | 198 |

**Attorneys Fees using lodestar**                                              6

**Fees pursuant to PLRA**
**(150 perscent of rule 68 amount)**

| Fee |
|---|
| $ 39.60 |
| $ 19.80 |
| $ 39.60 |
| $ 39.60 |
| $ 59.40 |
| $ 19.80 |
| $ 59.40 |
| $ 39.60 |
| $ 39.60 |
| $ 59.40 |
| $ 39.60 |
| $ 79.20 |
| $ 59.40 |
| $ 99.00 |
| $ 99.00 |
| $ 237.60 |
| $ 99.00 |
| $ 59.40 |
| **$ 1,188.00** |

$4,500