**Zantwon Tucker, Rule 68 amount is 5,001,  PLRA Matter**

| Date | Action | Atty | Time |
|---|---|---|---|
| 3/6/15 | PC with Tucker | RZ | 0.5 |
| 4/3/15 | PC with Tucker | RZ | 0.2 |
| 8/19/15 | PC with Tucker | RZ | 0.3 |
| 10/6/15 | PC with Tucker | RZ | 0.3 |
| 12/28/15 | PC with Tucker | RZ | 0.5 |
| 2/19/16 | PC with Tucker | RZ | 0.3 |
| 5/12/16 | PC with Tucker | RZ | 0.2 |
| 7/1/16 | PC with Tucker | RZ | 0.5 |
| 9/30/16 | PC with Tucker | RZ | 0.5 |
| 12/6/16 | PC with Tucker | RZ | 0.5 |
| 1/3/17 | PC with Tucker | RZ | 0.4 |
| 4/6/17 | PC with Tucker | RZ | 0.5 |
| 5/11/17 | PC with Tucker | RZ | 0.2 |
| 7/28/17 | PC with Tucker | RZ | 0.3 |
| 10/2/17 | PC with Tucker | RZ | 0.3 |
| 10/26/17 | Review Tucker Injury to Inmate Reports, DOC Inmate Detail Report, | RZ | 0.6 |
| 10/27/17 | Review Tucker Phots DEF 3232-3234 | RZ | 0.3 |
| 10/28/17 | Review Tucker Meds DEF 3625-3644 | RZ | 1.5 |
| 1/4/18 | PC with Tucker | RZ | 0.2 |
| 1/4/18 | PC with Tucker | RZ | 0.4 |
| 2/12/18 | PC with Tucker | RZ | 0.2 |
| 2/13/18 | Tucker at Office | RZ | 0.8 |
| 3/20/18 | PC with Tucker | RZ | 0.3 |
| 3/21/18 | Tucker at Office | RZ | 1.2 |
| 5/21/18 | PC with Tucker | RZ | 0.2 |
| 5/22/18 | Tucker at Office | RZ | 0.6 |
| 6/24/18 | PC with Tucker | RZ | 0.2 |
| 6/25/18 | Tucker at Office | RZ | 0.8 |

**Attorneys Fees using lodestar**                                                                                                    **12.8**

**150 percent of Rule 68 amount**

| Rate | Fee |
|---|---|
| 198 | $ 99.00 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| 198 | $ 59.40 |
| 198 | $ 99.00 |
| 198 | $ 59.40 |
| 198 | $ 39.60 |
| 198 | $ 99.00 |
| 198 | $ 99.00 |
| 198 | $ 99.00 |
| 198 | $ 79.20 |
| 198 | $ 99.00 |
| 198 | $ 39.60 |
| 198 | $ 59.40 |
| 198 | $ 59.40 |
| 198 | $ 118.80 |
| 198 | $ 59.40 |
| 198 | $ 297.00 |
| 198 | $ 39.60 |
| 198 | $ 79.20 |
| 198 | $ 39.60 |
| 198 | $ 158.40 |
| 198 | $ 59.40 |
| 198 | $ 237.60 |
| 198 | $ 39.60 |
| 198 | $ 118.80 |
| 198 | $ 39.60 |
| 198 | $ 158.40 |

$ 2,534.40

$ 7,500.00