**Natoine Marshall, Rule 68 amount is 251, Not covered by PLRA**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/6/15 | PC Natoine Marhsall | RZ | 0.5 | 325 | $ 162.50 |
| 3/10/15 | PC w/ Marhsall re case stat | RZ | 0.2 | 325 | 65 |
| 3/12/15 | PC w/ Marshall re status an | RZ | 0.3 | 325 | 97.5 |
| 4/24/15 | PC Natoine Marhsall | RZ | 0.5 | 325 | $ 162.50 |
| 5/21/15 | PC Natoine Marhsall | RZ | 0.2 | 325 | $ 65.00 |
| 12/11/15 | PC Natoine Marhsall | RZ | 0.3 | 325 | $ 97.50 |
| 4/8/16 | PC Natoine Marhsall | RZ | 0.2 | 325 | $ 65.00 |
| 9/9/16 | PC Natoine Marhsall | RZ | 0.2 | 325 | $ 65.00 |
| 3/1/17 | PC Natoine Marhsall | RZ | 0.4 | 325 | $ 130.00 |
| 10/28/17 | Review Marshall Injury to Ir | RZ | 0.4 | 325 | 130 |
| 10/29/17 | Review Marhsall Photos DE | RZ | 0.4 | 325 | 130 |
| 2/19/18 | PC Natoine Marhsall | RZ | 0.5 | 325 | $ 162.50 |
| 5/1/18 | Review Marshall Screen Sh( | RZ | 0.5 | 325 | $ 162.50 |
| 6/18/18 | PC Natoine Marhsall | RZ | 0.2 | 325 | $ 65.00 |
| | **Totals** | | **4.8** | | **$ 1,560.00** |