**Steven Mitchell, Rule 68 amount is 1,001,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/9/15 | PC w/ Steven Mitchell re case status a | RZ | 0.3 | 198 | 59.4 |
| 3/9/15 | PC withj Mitchell | RZ | 0.5 | 198 | 99 |
| 4/13/15 | PC withj Mitchell | RZ | 0.5 | 198 | 99 |
| 5/29/15 | PC withj Mitchell | RZ | 0.3 | 198 | 59.4 |
| 8/17/15 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 12/18/15 | PC withj Mitchell | RZ | 0.3 | 198 | 59.4 |
| 4/14/16 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 7/15/16 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 9/16/16 | PC withj Mitchell | RZ | 0.3 | 198 | 59.4 |
| 2/17/17 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 5/26/17 | PC withj Mitchell | RZ | 0.3 | 198 | 59.4 |
| 8/25/17 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 10/27/17 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 10/30/17 | Review Mitchell Statement, Injury to | RZ | 0.3 | 198 | 59.4 |
| 11/2/17 | Review Mitchell MediCal Records DEF | RZ | 1.5 | 198 | 297 |
| 2/14/18 | PC withj Mitchell | RZ | 0.5 | 198 | 99 |
| 3/20/18 | PC withj Mitchell | RZ | 0.2 | 198 | 39.6 |
| 4/30/18 | Mitchell at Office | RZ | 1.2 | 198 | 237.6 |
| 6/26/18 | PC withj Mitchell | RZ | 0.1 | 198 | 19.8 |

**Attorneys Fees using lodestar**   **7.5**   **1485**

**Fees pursuant to PLRA**   $1,500
**(150 perscent of rule 68 amount)**