**Fernando Bell, Rule 68 amount is 251,  PLRA Matter**

| Date | Action | Atty | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/9/15 | PC with Bell | RZ | 0.5 | 198 | $ 99.00 |
| 3/10/15 | PC w/Bell re case status | RZ | 0.2 | 198 | 39.6 |
| 4/13/15 | PC with Bell | RZ | 0.5 | 198 | $ 99.00 |
| 8/17/15 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 12/18/15 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 4/14/16 | PC with Bell | RZ | 0.4 | 198 | $ 79.20 |
| 10/7/16 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 2/10/17 | PC with Bell | RZ | 0.3 | 198 | $ 59.40 |
| 7/21/17 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 10/31/17 | Review Bell Injury to In | RZ | 0.3 | 198 | 59.4 |
| 11/17/17 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 2/9/18 | PC with Bell | RZ | 0.5 | 198 | $ 99.00 |
| 4/13/18 | PC with Bell | RZ | 0.2 | 198 | $ 39.60 |
| 4/27/18 | Review Bell letter with | RZ | 0.6 | 198 | $ 118.80 |
| 6/22/18 | PC with Bell | RZ | 0.3 | 198 | $ 59.40 |

**Attorneys Fees using lodestar**                                   $   950.40

**Fees pursuant to PLRA**                                              $   375.00
**(150 perscent of rule 68 amount)**